UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| JEFF NYE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE HARTFORD ACCIDENT AND INDEMNITY COMPANY,<br><br>　　　　Defendant. | CIV. NO. 12-5028-JLV<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER** |

　　Plaintiff Jeff Nye, though his attorneys Steven C. Beardsley and Brad J. Lee, and Defendant The Hartford Accident and Indemnity Company, through its attorneys Jason M. Smiley and F.J. Maloney, hereby submit this Joint Motion to Modify Scheduling Order.

　　On July 9, 2013, the Court entered an Order requesting that the parties submit new deadlines to accomplish an orderly administration of this case. The parties have come to an agreement on deadlines, as follows:

1. Defendant shall produce documents ordered disclosed pursuant to the compel order no later than December 2, 2013;

2. The identity of and reports from retained experts under Rule 26(a)(2) shall be due from Plaintiff by April 1, 2014, and from Defendant by June 2, 2014;

3. All discovery, including expert discovery, shall be commenced in time to be completed by September 2, 2014.

4. All motions, other than motions *in limine*, together with supporting briefs, shall be filed and served on or before October 1, 2014.

Respectfully submitted this  5th   day of September, 2013.

                        BEARDSLEY, JENSEN & VON WALD,
                        Prof. L.L.C.


                        By:    /s/    *Brad J. Lee*
                            Steven C. Beardsley
                            Brad J. Lee
                            4200 Beach Drive, Suite 3
                            P.O. Box 9579
                            Rapid City, SD  57709
                            Telephone:  (605) 721-2800
                            Facsimile:  (605) 721-2801
                            Email:  sbeards@blackhillslaw.com
                            blee@blackhillslaw.com
                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the   5th   day of September, 2013, I sent to:

Mr. Francis J. Maloney III
*Maloney Lauersdorf Reiner, PC*
117 SW Taylor Street, Ste. 300
Portland, OR 97204
(503) 245-1529
fjm@coveragelit.com

Mr. Jason M. Smiley
*Gunderson, Palmer, Nelson & Ashmore*
P.O. Box 8045
Rapid City, SD 57709
(605) 342-1078
jsmiley@gpnalaw.com

by electronic filing a true and correct copy of ***Joint Motion to Modify Scheduling Order*** relative to the above-entitled matter.


                              /s/    *Brad J. Lee*
                            Brad J. Lee