UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| JEFF NYE, | ) | CIV. 12-5028-JLV |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | MODIFIED SCHEDULING ORDER |
| | ) | |
| THE HARTFORD ACCIDENT AND INDEMNITY COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |

Pursuant to the parties' joint motion to modify the scheduling order, it is hereby

ORDERED that the motion (Docket 40) is granted and the scheduling order is modified as follows:

1. Defendant shall produce documents ordered disclosed pursuant to the compel order no later than **December 2, 2013**.

2. All discovery, including expert discovery, shall be commenced in time to be completed by **September 2, 2014**.

3. The identity of and reports from retained experts under Rule 26(a)(2) shall be due from plaintiff by **April 1, 2014**, and from defendant by **June 2, 2014**.

4. All motions, other than motions *in limine*, together with supporting briefs, shall be filed and served on or before **October 1, 2014**.

IT IS FURTHER ORDERED that all other provisions of the court's scheduling order (Docket 10) remain in effect unless specifically changed.

Dated September 6, 2013.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE