UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JEFF NYE, ) | CIV. 12-5028-JLV |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT OF DISMISSAL |
| vs. ) | |
| ) | |
| THE HARTFORD ACCIDENT AND ) | |
| INDEMNITY COMPANY, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the parties' stipulation for dismissal (Docket 44), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and without costs or further notice to either party.

Dated January 29, 2014.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE